# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

05/23/2019

IN RE:

JENNIFER L. HAUN                                        Case No.14-23208 GLT
619 SNYDER STREET
CONNELLSVILLE, PA  15425                                Chapter 13
XXX-XX-2785          Debtor(s)

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/23/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

| | | |
|---|---|---|
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** | Trustee Claim Number:1   INT %:  6.50% | CRED DESC:  VEHICLE |
| PO BOX 12914 | Court Claim Number:2 | ACCOUNT NO.:  5622 |
| | CLAIM:  26,989.75 | |
| NORFOLK, VA  23541 | COMMENT:  CL2GOV@6.5%MDF/PL*PMT/CONF*FR ALLY-DOC 63 | |

---

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:2   INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| C/O PNC MORTGAGE | Court Claim Number:15 | ACCOUNT NO.:  0542 |
| ATTN BANKRUPTCY DEPT | | |
| 3232 NEWMARK DR | CLAIM:  0.00 | |
| MIAMISBURG, OH  45342 | COMMENT:  PMT/DECL*DK4LMT*BGN 9/14*DK! | |

---

| | | |
|---|---|---|
| **ECMC(*)** | Trustee Claim Number:3   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| LOCKBOX #8682 | Court Claim Number:8 | ACCOUNT NO.:  2785 |
| PO BOX 16478 | | |
| | CLAIM:  28,575.87 | |
| ST PAUL, MN  55116-0478 | COMMENT:  FR M AND T TRUST/PHEEA-DOC 47 | |

---

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** | Trustee Claim Number:4   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:11 | ACCOUNT NO.:  9244 |
| | CLAIM:  702.67 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  ANN TAYLOR | |

---

| | | |
|---|---|---|
| **ECAST SETTLEMENT CORP** | Trustee Claim Number:5   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 29262 | Court Claim Number:13 | ACCOUNT NO.:  7841 |
| | CLAIM:  3,157.59 | |
| NEW YORK, NY  10087-9262 | COMMENT:  CITIBANK | |

---

| | | |
|---|---|---|
| **FAYETTE COUNTY SCHOOL EMPLOYEE FCU** | Trustee Claim Number:6   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 193 EDISON ST | Court Claim Number:6 | ACCOUNT NO.:  3849 |
| | CLAIM:  6,314.88 | |
| UNIONTOWN, PA  15401 | COMMENT: | |

---

| | | |
|---|---|---|
| **FNB CDC** | Trustee Claim Number:7   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 45 W MAIN ST | Court Claim Number:7-2 | ACCOUNT NO.:  0063 |
| PO BOX 2045 | CLAIM:  1,389.36 | |
| UNIONTOWN, PA  15401 | COMMENT:  UNS/DOE*UNS/SCH-PL*AMD | |

---

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:8   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:14 | ACCOUNT NO.:  7789 |
| | CLAIM:  233.57 | |
| NORFOLK, VA  23541 | COMMENT:  LOWES/SYNCHRONY BANK | |

---

| | | |
|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK/MACYS** | Trustee Claim Number:9   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O NCO FINANCIAL SYSTEMS INC | Court Claim Number:5 | ACCOUNT NO.:  4942 |
| PO BOX 4275 | | |
| | CLAIM:  895.91 | |
| NORCROSS, GA  30091 | COMMENT: | |

---

| | | |
|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK - MAC** | Trustee Claim Number:10  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O NCO FINANCIAL SYSTEMS INC | Court Claim Number:4 | ACCOUNT NO.:  0792 |
| PO BOX 4275 | | |
| | CLAIM:  1,608.73 | |
| NORCROSS, GA  30091 | COMMENT: | |

| QUANTUM3 GROUP LLC AGNT - COMENITY BAN | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 788 | Court Claim Number:10 | ACCOUNT NO.: 8205 |
| | CLAIM: 196.09 | |
| KIRKLAND, WA 98083-0788 | COMMENT: NY AND CO | |

| PNC BANK NA | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 94982 | Court Claim Number:1 | ACCOUNT NO.: 5451 |
| | CLAIM: 2,120.20 | |
| CLEVELAND, OH 44101 | COMMENT: | |

| QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 788 | Court Claim Number:3 | ACCOUNT NO.: 9552 |
| | CLAIM: 4,137.18 | |
| KIRKLAND, WA 98083-0788 | COMMENT: FR TD BANK-DOC 56 | |

| QUANTUM3 GROUP LLC AGNT - COMENITY BAN | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 788 | Court Claim Number:9 | ACCOUNT NO.: 9710 |
| | CLAIM: 781.64 | |
| KIRKLAND, WA 98083-0788 | COMMENT: VICTORIA'S SECRET | |

| PORTFOLIO RECOVERY ASSOCIATES, LLC | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 12914 | Court Claim Number:12-3 | ACCOUNT NO.: 4788 |
| | CLAIM: 2,058.15 | |
| NORFOLK, VA 23541 | COMMENT: WALMART*AMD | |

| PNC BANK NA | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
|---|---|---|
| C/O PNC MORTGAGE | Court Claim Number:15 | ACCOUNT NO.: 0542 |
| ATTN BANKRUPTCY DEPT | | |
| 3232 NEWMARK DR | CLAIM: 574.29 | |
| MIAMISBURG, OH 45342 | COMMENT: CL 15 ARRS GOV*$0/PL*THRU 8/14 | |