Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Jennifer L. Haun** | : | Case No. 14−23208−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 76 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 1/15/20 at 11:00 AM |
| | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

     *AND NOW,* this *The 25th of October, 2019*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 76 by the Chapter 13 Trustee,

     It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

     (1)  *On or before December 9, 2019*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)  This Motion is scheduled for hearing on *January 15, 2020 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

     (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

     Gregory L. Taddonio, Judge
     United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                               Case No. 14-23208-GLT
Jennifer L. Haun                                                     Chapter 13
        Debtor                          CERTIFICATE OF NOTICE
District/off: 0315-2           User: jhel                Page 1 of 2          Date Rcvd: Oct 25, 2019
                               Form ID: 604              Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2019.
db             +Jennifer L. Haun,    619 Snyder Street,    Connellsville, PA 15425-2818
cr             +Ally Financial Inc. f/k/a GMAC Inc.,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon,
                 1500 One PPG Place,    Pittsburgh, Pa 15222-5413
cr             +PNC BANK, NATIONAL ASSOCIATION,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13902662        AES/PHEAA,    P.O. Box 8183,   Harrisburg, PA 17105-8183
13902665       +Citi Cards,    P.O. Box 6500,   Sioux Falls, SD 57117-6500
13908586       +Department Stores National Bank/American Express,    Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
13908587       +Department Stores National Bank/Macy's,    Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
13949687        ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK (SOUTH DAKOTA), N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
14113356        ECMC,    PO BOX 16408,   ST. PAUL MN 55116-0408
13902667       +FNB Consumer Discount Company,    45 West Main Street,    P.O. Box 2045,
                 Uniontown, PA 15401-1645
13902666        Fayette County School Employees CU,    193 Edison Street,   Uniontown, PA 15401-2580
13902669       +Macy's,    Bankruptcy Processing,   P.O. Box 8066,    Mason, OH 45040-8066
13902670       +Macy's American Express,    Bankruptcy Processing,   P.O. Box 8053,   Mason, OH 45040-8053
13912290       +PHEAA,    PO Box 8147,   Harrisburg, PA 17105-8147
13904797       +PNC BANK,    PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13902672        PNC Cardmember Services,    P.O. Box 2859,   Kalamazoo, MI 49003-2859
13960536       +PNC Mortgage,    ATTN: Bankruptcy Department,    3232 Newmark Drive,   Miamisburg, OH 45342-5433
13902673        PNC Mortgage,    P.O. Box 6534,   Carol Stream, IL 60197-6534
13902674       +Target National Bank Visa,    P.O. Box 9500,   Minneapolis, MN 55440-9500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2019 03:34:04
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
13902663        E-mail/Text: ally@ebn.phinsolutions.com Oct 26 2019 03:25:36     Ally Financial,
                 P.O. Box 130424,    Roseville, MN 55113-0004
13905202        E-mail/Text: ally@ebn.phinsolutions.com Oct 26 2019 03:25:36
                 Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,   Roseville, MN 55113-0004
13902664        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 26 2019 03:26:01     Ann Taylor/Comenity Bank,
                 Bankruptcy Department,    P.O. Box 182125,   Columbus, OH 43218-2125
13902676       +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2019 03:33:49     GECRB/Walmart Discover,
                 Attn: Bankruptcy Dept.,    P.O. Box 103104,   Roswell, GA 30076-9104
13902668       +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2019 03:35:16     Lowe's/GE Capital Retail Bank,
                 Attn: Bankruptcy Dept.,    P.O. Box 103104,   Roswell, GA 30076-9104
13902671        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 26 2019 03:26:01
                 New York & Company/Comenity Bank,    Attn: Bankruptcy Department,    P.O. Box 182125,
                 Columbus, OH 43218-2125
14657685        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2019 03:33:00
                 Portfolio Recovery Associates, LLC,    PO BOX 41067,    Norfolk, VA 23541
13948346        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2019 03:47:30
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13936804        E-mail/Text: bnc-quantum@quantum3group.com Oct 26 2019 03:26:14
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
14239645        E-mail/Text: bnc-quantum@quantum3group.com Oct 26 2019 03:26:14
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
13905773       +E-mail/Text: bncmail@w-legal.com Oct 26 2019 03:27:05     TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13902675        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 26 2019 03:26:01
                 Victoria's Secret/Comenity Bank,    Attn: Bankruptcy Department,    P.O. Box 182125,
                 Columbus, OH 43218-2125
                                                                                             TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             ECMC,    P.O. Box 16408,   St. Paul, MN 55116-0408
cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Oct 25, 2019
                              Form ID: 604            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2019 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           andygornall@latouflawfirm.com
          Brett A. Solomon    on behalf of Creditor    Ally Financial Inc. f/k/a GMAC Inc.
           bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com
          Daniel R. White    on behalf of Debtor Jennifer L. Haun zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 6
```