**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JENNIFER L. HAUN<br>        Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:14-23208<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 24, 2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/06/2014 and confirmed on 9/9/14. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 77,140.00 |
| Less Refunds to Debtor | 2,298.90 | |
| TOTAL AMOUNT OF PLAN FUND | | 74,841.10 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 3,152.30 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,652.30 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 30,095.36 | 0.00 | 30,095.36 |
|     Acct: 0542 | | | | |
|   PNC BANK NA | 574.29 | 574.29 | 0.00 | 574.29 |
|     Acct: 0542 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 26,989.75 | 26,989.75 | 4,890.02 | 31,879.77 |
|     Acct: 5622 | | | | |
| | | | | 62,549.42 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JENNIFER L. HAUN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JENNIFER L. HAUN | 2,298.90 | 2,298.90 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   ECMC(*) | 28,575.87 | 3,088.83 | 0.00 | 3,088.83 |
|     Acct: 2785 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENI | 702.67 | 75.95 | 0.00 | 75.95 |
|     Acct: 9244 | | | | |
|   ECAST SETTLEMENT CORP | 3,157.59 | 341.32 | 0.00 | 341.32 |
|     Acct: 7841 | | | | |
|   FAYETTE COUNTY SCHOOL EMPLOYEE | 6,314.88 | 682.59 | 0.00 | 682.59 |
|     Acct: 3849 | | | | |
|   FNB CDC | 1,389.36 | 150.18 | 0.00 | 150.18 |
|     Acct: 0063 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, L | 233.57 | 25.25 | 0.00 | 25.25 |
|     Acct: 7789 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 895.91 | 96.84 | 0.00 | 96.84 |
|     Acct: 4942 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 1,608.73 | 173.89 | 0.00 | 173.89 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0792 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 196.09 | 21.20 | 0.00 | 21.20 |
| Acct: 8205 | | | | |
| PNC BANK NA | 2,120.20 | 229.17 | 0.00 | 229.17 |
| Acct: 5451 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA F | 4,137.18 | 447.20 | 0.00 | 447.20 |
| Acct: 9552 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 781.64 | 84.49 | 0.00 | 84.49 |
| Acct: 9710 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, L | 2,058.15 | 222.47 | 0.00 | 222.47 |
| Acct: 4788 | | | | |
| | | | | 5,639.38 |

TOTAL PAID TO CREDITORS  68,188.80

TOTAL
CLAIMED       0.00
PRIORITY  27,564.04
SECURED   52,171.84

Date: 10/24/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    JENNIFER L. HAUN<br>            Debtor(s)<br><br>    Ronda J. Winnecour<br>            Movant<br>                vs.<br>    No Repondents. | Case No.:14-23208<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                              BY THE COURT:

                                                              _____
                                                              U.S. BANKRUPTCY JUDGE

```
                                  United States Bankruptcy Court
                                  Western District of Pennsylvania

In re:                                                              Case No. 14-23208-GLT
Jennifer L. Haun                                                    Chapter 13
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0315-2           User: jhel                  Page 1 of 2                  Date Rcvd: Oct 25, 2019
                               Form ID: pdf900             Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2019.
db             +Jennifer L. Haun,    619 Snyder Street,    Connellsville, PA 15425-2818
cr             +Ally Financial Inc. f/k/a GMAC Inc.,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon,
                 1500 One PPG Place,    Pittsburgh, Pa 15222-5413
cr             +PNC BANK, NATIONAL ASSOCIATION,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13902662        AES/PHEAA,    P.O. Box 8183,   Harrisburg, PA 17105-8183
13902665       +Citi Cards,    P.O. Box 6500,   Sioux Falls, SD 57117-6500
13908586       +Department Stores National Bank/American Express,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13908587       +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13949687        ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK (SOUTH DAKOTA), N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
14113356        ECMC,    PO BOX 16408,    ST. PAUL MN 55116-0408
13902667       +FNB Consumer Discount Company,    45 West Main Street,    P.O. Box 2045,
                 Uniontown, PA 15401-1645
13902666        Fayette County School Employees CU,    193 Edison Street,    Uniontown, PA 15401-2580
13902669       +Macy's,   Bankruptcy Processing,    P.O. Box 8066,    Mason, OH 45040-8066
13902670       +Macy's American Express,    Bankruptcy Processing,    P.O. Box 8053,    Mason, OH 45040-8053
13912290       +PHEAA,    PO Box 8147,   Harrisburg, PA 17105-8147
13904797       +PNC BANK,    PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13902672        PNC Cardmember Services,    P.O. Box 2859,    Kalamazoo, MI 49003-2859
13960536       +PNC Mortgage,    ATTN: Bankruptcy Department,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
13902673        PNC Mortgage,    P.O. Box 6534,   Carol Stream, IL 60197-6534
13902674       +Target National Bank Visa,    P.O. Box 9500,   Minneapolis, MN 55440-9500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2019 03:32:59
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
13902663        E-mail/Text: ally@ebn.phinsolutions.com Oct 26 2019 03:25:36     Ally Financial,
                 P.O. Box 130424,    Roseville, MN 55113-0004
13905202        E-mail/Text: ally@ebn.phinsolutions.com Oct 26 2019 03:25:36
                 Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13902664        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 26 2019 03:25:59     Ann Taylor/Comenity Bank,
                 Bankruptcy Department,    P.O. Box 182125,    Columbus, OH 43218-2125
13902676       +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2019 03:32:43     GECRB/Walmart Discover,
                 Attn: Bankruptcy Dept.,    P.O. Box 103104,    Roswell, GA 30076-9104
13902668       +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2019 03:35:08     Lowe's/GE Capital Retail Bank,
                 Attn: Bankruptcy Dept.,    P.O. Box 103104,    Roswell, GA 30076-9104
13902671        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 26 2019 03:25:59
                 New York & Company/Comenity Bank,    Attn: Bankruptcy Department,    P.O. Box 182125,
                 Columbus, OH 43218-2125
14657685        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2019 03:34:03
                 Portfolio Recovery Associates, LLC,    PO BOX 41067,    Norfolk, VA 23541
13948346        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2019 03:34:02
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13936804        E-mail/Text: bnc-quantum@quantum3group.com Oct 26 2019 03:26:11
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
14239645        E-mail/Text: bnc-quantum@quantum3group.com Oct 26 2019 03:26:12
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13905773       +E-mail/Text: bncmail@w-legal.com Oct 26 2019 03:27:05     TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13902675        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 26 2019 03:25:59
                 Victoria's Secret/Comenity Bank,    Attn: Bankruptcy Department,    P.O. Box 182125,
                 Columbus, OH 43218-2125
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: jhel              Page 2 of 2         Date Rcvd: Oct 25, 2019
                              Form ID: pdf900         Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                                   Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial Inc. f/k/a GMAC Inc.
               bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com
              Daniel R. White    on behalf of Debtor Jennifer L. Haun zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                         TOTAL: 6
```