**FILED**
12/16/19 2:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JENNIFER L. HAUN

        Debtor(s)

    Ronda J. Winnecour
            Movant
        vs.
    No Repondents.

Case No.:14-23208

Chapter 13

Related to Docket No. 76

**ORDER OF COURT**

   AND NOW, this ____16th Day of December, 2019____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
drb

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-23208-GLT
Jennifer L. Haun                                                        Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dpas              Page 1 of 2           Date Rcvd: Dec 16, 2019
                              Form ID: pdf900         Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2019.
db              +Jennifer L. Haun,    619 Snyder Street,    Connellsville, PA 15425-2818
cr              +Ally Financial Inc. f/k/a GMAC Inc.,    Tucker Arensberg, P.C.,   c/o Brett A. Solomon,
                  1500 One PPG Place,    Pittsburgh, Pa 15222-5413
cr              +PNC BANK, NATIONAL ASSOCIATION,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13902662         AES/PHEAA,    P.O. Box 8183,   Harrisburg, PA 17105-8183
13902665        +Citi Cards,    P.O. Box 6500,   Sioux Falls, SD 57117-6500
13908586        +Department Stores National Bank/American Express,    Bankruptcy Processing,   Po Box 8053,
                  Mason, OH 45040-8053
13908587        +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
                  Mason, OH 45040-8053
13949687         ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK (SOUTH DAKOTA), N.A.,    POB 29262,
                  NEW YORK, NY 10087-9262
14113356         ECMC,    PO BOX 16408,   ST. PAUL MN 55116-0408
13902667        +FNB Consumer Discount Company,    45 West Main Street,    P.O. Box 2045,
                  Uniontown, PA 15401-1645
13902666         Fayette County School Employees CU,    193 Edison Street,    Uniontown, PA 15401-2580
13902669        +Macy's,    Bankruptcy Processing,   P.O. Box 8066,    Mason, OH 45040-8066
13902670        +Macy's American Express,    Bankruptcy Processing,    P.O. Box 8053,   Mason, OH 45040-8053
13912290        +PHEAA,    PO Box 8147,   Harrisburg, PA 17105-8147
13904797        +PNC BANK,    PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13902672         PNC Cardmember Services,    P.O. Box 2859,   Kalamazoo, MI 49003-2859
13960536        +PNC Mortgage,    ATTN: Bankruptcy Department,    3232 Newmark Drive,   Miamisburg, OH 45342-5433
13902673         PNC Mortgage,    P.O. Box 6534,   Carol Stream, IL 60197-6534
13902674        +Target National Bank Visa,    P.O. Box 9500,   Minneapolis, MN 55440-9500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 17 2019 03:06:53
                  PRA Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
13902663         E-mail/Text: ally@ebn.phinsolutions.com Dec 17 2019 03:00:03      Ally Financial,
                  P.O. Box 130424,    Roseville, MN 55113-0004
13905202         E-mail/Text: ally@ebn.phinsolutions.com Dec 17 2019 03:00:03
                  Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,   Roseville, MN 55113-0004
13902664         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 17 2019 03:00:14      Ann Taylor/Comenity Bank,
                  Bankruptcy Department,    P.O. Box 182125,   Columbus, OH 43218-2125
13902676        +E-mail/PDF: gecsedi@recoverycorp.com Dec 17 2019 03:07:16      GECRB/Walmart Discover,
                  Attn: Bankruptcy Dept.,    P.O. Box 103104,   Roswell, GA 30076-9104
13902668        +E-mail/PDF: gecsedi@recoverycorp.com Dec 17 2019 03:06:46      Lowe's/GE Capital Retail Bank,
                  Attn: Bankruptcy Dept.,    P.O. Box 103104,   Roswell, GA 30076-9104
13902671         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 17 2019 03:00:14
                  New York & Company/Comenity Bank,    Attn: Bankruptcy Department,   P.O. Box 182125,
                  Columbus, OH 43218-2125
14657685         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 17 2019 03:34:28
                  Portfolio Recovery Associates, LLC,    PO BOX 41067,   Norfolk, VA 23541
13948346         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 17 2019 03:07:25
                  Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13936804         E-mail/Text: bnc-quantum@quantum3group.com Dec 17 2019 03:00:22
                  Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
14239645         E-mail/Text: bnc-quantum@quantum3group.com Dec 17 2019 03:00:22
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13905773        +E-mail/Text: bncmail@w-legal.com Dec 17 2019 03:00:55      TD BANK USA, N.A.,
                  C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13902675         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 17 2019 03:00:14
                  Victoria's Secret/Comenity Bank,    Attn: Bankruptcy Department,   P.O. Box 182125,
                  Columbus, OH 43218-2125
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              ECMC,    P.O. Box 16408,   St. Paul, MN 55116-0408
cr*              Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                             TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: dpas              Page 2 of 2              Date Rcvd: Dec 16, 2019
                              Form ID: pdf900         Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial Inc. f/k/a GMAC Inc.
               bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com
              Daniel R. White    on behalf of Debtor Jennifer L. Haun zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                       TOTAL: 6
```